UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BAIT PRODUCTIONS PTY LTD.,

        Plaintiff,

vs.   Case No. 8:12-cv-02555-JDW-TBM

DOES 1 - 41,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** are Plaintiff's Objections to the December 14, 2012 Report and Recommendation (Dkt. 8-1) and Plaintiff Bait Productions PTY Ltd.'s Memorandum in Response to the December 11, 2012, Order (Dkt. 9). Upon consideration,

1) The Order to Show Cause (Dkt. 6) is DISCHARGED.

2) Pursuant to Federal Rule of Civil Procedure 21 and for the reasons stated in this Court's Order in Case No. 8:12-cv-1667-JDW-MAP,[1] the Report and Recommendation (Dkt. 7) is ADOPTED *in part*.

3) The claims against Does 2-41 are SEVERED and DISMISSED without prejudice.

4) The Clerk is directed to TERMINATE Does 2-41 from the docket.

5) The stay is LIFTED.

**DONE AND ORDERED** this 7th day of January, 2013.

        JAMES D. WHITTEMORE
        United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] *See Malibu Media, LLC v. John Does 1 - 28*, Case No. 8:12-cv-1667-JDW-MAP, Dkt. 22 (M.D. Fla. Dec. 6, 2012).